**SO ORDERED.**
**SIGNED this 27th day of May, 2021**



**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Tennessee

In re:  Shawn Lamont Taylor        )
                                    )
        *Debtor(s)*                 )   Case Number  18-30745-SHB

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application having been filed for the Claimant(s), Charlene McCarter for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a), and the application and supporting documentation having established that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby
ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 903.45 held in unclaimed funds be made payable to Charlene McCarter and be disbursed to the payee at the following address:
486 Viewmont Circle, Newport TN 37821.
The Clerk will disburse these funds not earlier than 14 days after entry of this order.